IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of | NO.  16-23482 |
| LAWRENCE T. MASICLAT a/k/a LOUIE TUAZON and MYLENE MASICLAT, | CHAPTER 13 |
| Debtor. | JUDGE JACK B. SCHMETTERER<br>Hearing date:4/3/19 @ 10:00 a.m. |

## RESPONSE TO DEBTOR'S MOTION TO SELL REAL PROPERTY

Now comes SPECIALIZED LOAN SERVICING, LLC, SERVICER FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-AR6, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, its successors and/or assigns, (hereinafter referred to as "SPECIALIZED LOAN SERVICING"), a creditor herein, by TERRI M. LONG, its attorney, and files this response to Debtor's Motion To Sell Real Property, and in support thereof respectfully represents as follows:

1. On July 21, 2016, the Debtor herein filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. SPECIALIZED LOAN SERVICING services the first mortgage upon real property, with a common address of 5721 Caribou Lane, Hoffman Estates, Illinois 60192, and with an *approximate* balance of $259,128.91 as of 3/19/2019.

3. SPECIALIZED LOAN SERVICING objects to the Debtors' proposed order, in that the order should *specifically* state that the mortgage balance will be paid in full.

4. The order preferably should state that the sale proceeds will be first used to pay off the mortgage balance as set forth in an official payoff quote from the creditor. As of this date, the mortgage company has no record of any request for a payoff letter.

WHEREFORE, SPECIALIZED LOAN SERVICING, LLC, its successors and/or assigns, prays that this Honorable Court grant Debtor's Motion to Sell Real Property but with an amended order stating that SPECIALIZED LOAN SERVICING, LLC will be paid in full at closing based on an official payoff quote from the creditor, and for such other and further relief as this Court may deem just.

SPECIALIZED LOAN SERVICING, LLC,
its Successors and/or Assigns

BY: _____/s/ Terri M. Long_____
TERRI M. LONG

Terri M. Long
LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois  60430
Phone: (708) 922-3301
Fax   : (708) 922-3302
Atty. for SPECIALIZED LOAN SERVICING, LLC, SERVICER FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-AR6, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE

CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2019, I electronically filed the foregoing Response to Debtor's Motion to Sell Real Property with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Joseph S. Davidson, Attorney for Debtors
Tom Vaughn, Chapter 13 Trustee

And I certify that I have mailed by United States Postal Service the Response to Debtor's Motion to Sell Real Estate to the following non-ECF participants on the same date:

Lawrence T. Masiclat
Mylene Masiclat
5721 Caribou Ln.
Hoffman Estates, IL 60192
Debtor.