## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | IN PROCEEDINGS UNDER CHAPTER 13 |
| LAWRENCE T. MASICLAT and MYLENE MASICLAT | 16-bk-23482 |
| Debtors | |

## NOTICE OF MOTION

TO:   See attached list

PLEASE TAKE NOTICE that on October 14, 2020, at 10:30 a.m., I will appear before the Honorable Schmetterer, or any judge sitting in that judge's place, and present a Motion to Reset Briefing Schedule, a copy of which is attached.

**This motion will be presented and heard telephonically.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917) 746-7476.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

>  /s/ Alexander N. Wright
> Alexander N. Wright (Attorney No. 6314304)
> Dinsmore & Shohl, LLP
> 222 W. Adams St., Suite 3400
> Chicago, IL 60606
> Tel: (312) 837-4321
> Fax: (312) 372-6060
> Email: alexander.wright@dinsmore.com
>
> ***Attorneys for Fifth Third Bank, National Association***

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing Motion to Reset Briefing Schedule was filed electronically with the Court's CM/ECF system. Notice will be delivered to all parties by virtue of the Court's CM/ECF system or via U.S. Mail with postage prepaid from the mailbox located at 222 West Adams St., Chicago, IL 60606 on September 22, 2020.

| | |
|---|---|
| Mohammed O Badwan<br>Sulaiman Law Group, LTD<br>2500 S. Highland Ave, Suite 200<br>Lombard, IL 60148<br><br>*Via CM/ECF* | Joseph S Davidson<br>Law Offices of Joseph P. Doyle, LLC<br>105 S. Roselle Rd., Suite 203<br>Schaumburg, IL 60193<br><br>*Via CM/ECF* |
| Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603<br>312 294-5900<br><br>*Via CM/ECF* | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St., Room 873<br>Chicago, IL 60604<br><br>*Via CM/ECF* |
| Lawrence T. Masiclat<br>5721 Caribou Ln.<br>Hoffman Estates, IL 60192<br><br>*Via U.S. Mail* | Mylene Masiclat<br>5721 Caribou Ln.<br>Hoffman Estates, IL 60192<br><br>*Via U.S. Mail* |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | IN PROCEEDINGS UNDER CHAPTER 13 |
| LAWRENCE T. MASICLAT and MYLENE MASICLAT | 16-bk-23482 |
| | **UNCONTESTED** |
| Debtors | |

## FIFTH THIRD BANK, NATIONAL ASSOCIATION'S MOTION TO RESET BRIEFING ON DEBTORS' MOTION FOR CONTEMPT OF ORDER CONFIRMING PLAN

Fifth Third Bank, National Association ("Fifth Third") moves this Honorable Court to reset the briefing schedule on Lawrence T. Masiclat and Mylene Masiclat (collectively, the "Debtors") Motion for Contempt of Order Confirming Plan (the "Motion"), and in support thereof, states as follows.

1. On August 17, 2020, Debtors filed a Motion to Reopen Chapter 13 Case. *See* Doc. No. 99. On the same day, Debtors filed the Motion, as well as a nearly identical motion against CitiMortgage, Inc. ("Citi"). *See* Doc. Nos. 100 and 101.

2. On September 16, 2020, this Court granted Debtors' Motion to Reopen Chapter 13 Case. *See* Doc. No. 106.

3. At the same time, the Court ordered Fifth Third to respond to the Motion by September 30, 2020, with a status hearing set for October 14, 2020. *See* Doc. No. 107.

4. The allegations in the Motion do not directly concern conduct of Fifth Third. Instead, the allegations concern conduct regarding a 2007 mortgage loan from American Chartered Bank ("ACB") to Debtor. *See* Doc. No. 101. In 2016, ACB merged with MB Financial Bank, N.A. ("MB"), and in 2019, MB merged with Fifth Third. Accordingly, while Fifth Third is the successor to ACB, an additional merger occurred in the interim.

5. The undersigned was recently retained to represent Fifth Third in this matter, and respectfully requests additional time to respond to the Motion, so that counsel and Fifth Third can adequately review the Motion and case history, and then prepare a formal response to the Motion. Fifth Third respectfully seeks a 28-day extension to respond to the Motion.

6. This request is not brought before the Court for any improper purpose or to cause undue delay. Furthermore, it is the undersigned's belief that the relief requested herein will not cause prejudice to any party before this Court, or to the Court.

7. Pursuant to Bankruptcy Rule 9006, this Court has authority to extend Fifth Third's time to respond to the Motion "for cause shown," and Fifth Third submits that the above establishes cause to support Fifth Third's requested enlargement of time to respond to the Motion.

8. Moreover, prior to presenting this request, the undersigned sought approval from Debtors' counsel for the enlargement of time to respond to the Motion requested herein, and Debtors' counsel consented to the request.

WHEREFORE, Fifth Third Bank, National Association respectfully requests that the Honorable Court extend its time to respond to the Motion to October 28, 2020.

Dated: September 22, 2020

Respectfully Submitted,

*/s/ Alexander N. Wright*
Alexander N. Wright (Attorney No. 6314304)
Dinsmore & Shohl, LLP
222 W. Adams St., Suite 3400
Chicago, IL 60606
Tel: (312) 837-4321
Fax: (312) 372-6060
Email: alexander.wright@dinsmore.com

**Attorneys for Fifth Third Bank, National Association**