UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

LAWRENCE T. MASICLAT
A/K/A LOUIE TUAZON
MYLENE MASICLAT

Debtor(s)

Chapter 13
Case No. 16-23482

Judge JACK B. SCHMETTERER

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on October 14, 2020, at 10:00 A.M., I will appear before the Honorable Judge JACK B. SCHMETTERER, or any judge sitting in that judge's place, and present Motion for Extension of Time to File Response, a copy of which is attached.

*/s/ Timothy R. Yueill*
By: Timothy R. Yueill, Esq.

**Served upon the following parties electronically:**
JOSEPH S. DAVIDSON, LAW OFFICES OF JOSEPH P. DOYLE LLC, 105 S. ROSELLE RD, STE. 203, SCHAUMBURG, IL 60193 - Counsel for Debtor(s)
MOHAMMED O BADWAN, SULAIMAN LAW GROUP, LTD, 2500 S. HIGHLAND AVE., STE. 200, LOMBARD, IL 60148 - Counsel for Debtor(s)
TOM VAUGHN, 55 E. MONROE ST., STE 3850, CHICAGO, IL 60603 - Trustee
PATRICK S. LAYNG, OFFICE OF THE U.S. TRUSTEE, REGION 11, 219 S. DEARBORN ST., ROOM 873, CHICAGO, IL 60604-U.S. Trustee

**and served upon the following parties by mail:**
LAWRENCE T. MASICLAT A/K/A LOUIE TUAZON, 5721 CARIBOU LN., HOFFMAN ESTATES, IL 60192
MYLENE MASICLAT, 5721 CARIBOU LN., HOFFMAN ESTATES, IL 60192 - Debtor(s)

**This motion will be presented and heard telephonically.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917)746-7476.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By: */s/ Timothy R. Yueill*

*Law Offices of Ira T. Nevel, LLC*
175 N. Franklin Street, Suite 201
Chicago, IL 60606
(312)357-1125
pleadings@nevellaw.com

## Certification of Service

I, the undersigned, an attorney, certify under penalty of perjury under the laws of the United States of America that I have served a copy of this Notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on September 30, 2020 before the hour of 5:00 p.m.

By: /s/ Timothy R. Yueill

**LAW OFFICES OF IRA T. NEVEL, LLC**
Ira T. Nevel
Timothy R. Yueill
Greg Elsnic
Aaron Nevel
175 North Franklin St. Suite 201
Chicago, Illinois  60606
(312) 357-1125
Pleadings@nevellaw.com
MO
# 16-03752

THIS FIRM IS A DEBT COLLECTOR

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

LAWRENCE T. MASICLAT
A/K/A LOUIE TUAZON
MYLENE MASICLAT

Chapter 13
Case No. 16-23482

Judge JACK B. SCHMETTERER

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

NOW COMES CITIMORTGAGE, INC, Respondent, by and through its counsel, Timothy R. Yueill, of the LAW OFFICES OF IRA T. NEVEL, LLC and moves this Honorable Court for an Order granting an Extension of Time to File Response to the Debtors' Motion For Contempt of Order Confirming Plan, and in support thereof, states as follows:

1. That on September 16, 2020, an Order was entered reopening the above caption case for the purpose of allowing the Debtors to present a Motion for Contempt of Order Confirming Plan as to the Respondent herein as well as an additional party respondent.

2. That the Respondent, CitiMortgage, Inc. was ordered to file an answer to same by September 30, 2020 and the case was set for status for October 14, 2020

3. That counsel for the Respondent and counsel for the Debtors have begun settlement discussions in the hopes of resolving without further delay or litigation.

4. That the Respondent is requesting an additional 21 days to file its response to the pending motion.

5. That this extension request is not being brought for the purpose of delay and same will not prejudice the Debtors.

6. That this extension request has been previously discussed with counsel for the Debtors and they have no objection to same.

WHEREFORE, the Respondent , CITIMORTGAGE, INC, prays that this Court enter an Order extending the time for which it is to respond to the Motion for Contempt an additional 21 days, to on/before October 21, 2020 as this Court may deem fit.

                                                Law Offices of Ira T. Nevel, LLC

                                                */s/ Timothy R. Yueill*
                                                By:  Timothy R. Yueill, Esq.
                                                Counsel for CITIMORTGAGE, INC
                                                Respondent

**LAW OFFICES OF IRA T. NEVEL, LLC**
Ira T. Nevel
Timothy R. Yueill
Greg Elsnic
Aaron Nevel
175 North Franklin St. Suite 201
Chicago, Illinois  60606
(312) 357-1125
Pleadings@nevellaw.com
MO
# 16-03752